NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-5131


ROBERTA B.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.


Albert L. Sanders, Jr., Akin Gump Strauss Hauer & Feld, LLP, of Washington, DC, argued for plaintiff-appellant.  With him on the brief was W. Randolph Teslik.

Harold D. Lester, Jr., Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  On the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, Patricia M. McCarthy, Assistant Director, and Andrew P. Averbach, Trial Attorney.

Appealed from:  United States Court of Federal Claims

Senior Judge John P. Wiese

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-5131

ROBERTA B.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# JUDGMENT

ON APPEAL from the      United States Court of Federal Claims

In CASE NO(S).      03-CV-1871

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, RADER, and PROST, <u>Circuit Judges</u>).

<u>AFFIRMED</u>.   <u>See</u> Fed. Cir. R. 36

ENTERED BY ORDER OF THE COURT

DATED: _August 17, 2007_      /s/ Jan Horbaly
Jan Horbaly, Clerk